UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOHNSON COUNTY CITIZEN COMMITTEE )
FOR CLEAN AIR AND WATER, et. al., )
                                  )
        Plaintiffs,                )
                                  )
v.                                ) NO. 3:05-0222
                                  )
UNITED STATES ENVIRONMENTAL       )
PROTECTION AGENCY, et. al.,       )
                                  )
        Defendants.                )

ORDER

Pending before the Court is Defendants' Motion to Dismiss (Docket No. 10), to which Plaintiffs have responded in opposition (Docket No. 14). For the reasons set forth in the accompanying Memorandum, Defendants' Motion is GRANTED. This case is DISMISSED WITHOUT PREJUDICE.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE